UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF BOCA RATON GENERAL EMPLOYEES PENSION PLAN, on behalf of itself and all others similarly situated,<br><br>              Plaintiffs,<br>vs.<br><br>HARMAN INTERNATIONAL INDUSTRIES INC., DR. SIDNEY HARMAN, KEVIN BROWN, and SANDRA B. ROBINSON,<br><br>              Defendants. | Civil Action No.:<br>1:07-CV- 02175 (RWR) |

**PLAINTIFF'S MOTION FOR AN ORDER
GRANTING ADMISSION OF
<u>JAYNE ARNOLD GOLDSTEIN PRO HAC VICE</u>**

Plaintiff, City of Boca Raton General Employees Pension Plan, through its undersigned counsel moves for this Court to permit Jayne Arnold Goldstein, a member of the Florida Bar and the Supreme Court of Pennsylvania, to appear *pro hac vice* for Plaintiff in this matter, pursuant to Local Civil Rule 83.2(d), United States District Court for the District of Columbia.

Ms. Goldstein is an attorney in the law firm of Mager & Goldstein LLP, and has considerable experience in securities class action litigation.

The supporting Declaration of Ms. Goldstein is attached and relied upon in support of this Motion.

Dated: December 12, 2007                          Respectfully submitted,

                                              By:      /s/

                                              Timothy D. Battin
                                              D.C. Bar No. 436303
                                              **STRAUS & BOIES, LLP**
                                              4041 University Drive, Suite 500
                                              Fairfax, VA 22030
                                              Telephone: (703) 764-8700

2

        Facsimile (703) 764-8704

        Attorney for Plaintiff,
        City of Boca Raton General
        Employees Pension Plan

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF BOCA RATON GENERAL EMPLOYEES PENSION PLAN, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>HARMAN INTERNATIONAL INDUSTRIES INC., DR. SIDNEY HARMAN, KEVIN BROWN, and SANDRA B. ROBINSON,<br><br>Defendants. | Civil Action No.:<br>1:07-CV- 02175 (RWR) |

### SUPPORTING DECLARATION OF JAYNE ARNOLD GOLDSTEIN

I, Jayne Arnold Goldstein, pursuant to 28 U.S.C. §1746, state under penalty of perjury that the following is true and correct:

1.   I am a partner in the law firm of Mager & Goldstein LLP, and am submitting this Declaration in support of the Motion for my admission, pro hac vice, to represent Plaintiff, City of Boca Raton General Employees Pension Plan, in the above-captioned litigation.

2.   I am associated in this matter with Timothy D. Battin of the law firm Straus & Boies, LLP, counsel for Plaintiff, who is admitted to practice in the District of Columbia and is a member in good standing of the United States District Court for the District of Columbia.

3.   I seek to participate as co-trial counsel in this matter, along with Mr. Battin.

4. Good cause for my admission exists, based upon my experience with the subject matter of the Complaint, which involves class action claims for violations of federal securities laws by Defendants.

5. I am admitted to practice before the Supreme Court of Pennsylvania and The Florida Bar, and the United States District Courts for the Eastern District of Pennsylvania, Middle and Southern Districts of Florida and the United States Courts of Appeals for the Third and Eleventh Circuits.

6. I have been a member in good standing of the bar of the Supreme Court of Pennsylvania since 1986. In addition, I have been a member in good standing of The Florida Bar, the state in which I am domiciled, since 1998.

7. I have never been disciplined, suspended or disbarred from any court to which I have been admitted, nor am I eligible for admission to this Court under Local Rule 83.2 of the United States District Court for the District of Columbia.

8. I have not been admitted pro hac vice in this Court within the last two years.

Dated: December 12, 2007

*Jayne Arnold Goldstein* (signature)
Jayne Arnold Goldstein
Mager & Goldstein LLP
1640 Town Center Circle, Suite 216
Weston, FL 33326
954-515-0123
954-515-0124 – fax

Attorney for Plaintiff,
City of Boca Raton General
Employees Pension Plan

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF BOCA RATON GENERAL EMPLOYEES PENSION PLAN, on behalf of itself and all others similarly situated,<br>　　　　　　　　　　Plaintiffs,<br>vs.<br><br>HARMAN INTERNATIONAL INDUSTRIES INC., DR. SIDNEY HARMAN, KEVIN BROWN, and SANDRA B. ROBINSON,<br>　　　　　　　　　　Defendants. | Civil Action No.:<br>1:07-CV-02175 (RWR) |

### [PROPOSED] ORDER

This matter having been opened to the Court by Straus & Boies, LLP, attorneys for Plaintiff, for an order granting leave to permit Jayne Arnold Goldstein to appear on behalf of Plaintiff *pro hac vice*, the Court having considered the papers submitted, and good cause being shown therefore;

IT IS on this _____ day of _____, 2007,

ORDERED that Plaintiff's Motion is hereby GRANTED; and it is

FURTHER ORDERED that Jayne Arnold Goldstein may appear and participate in this matter on behalf of Plaintiff in the same manner as attorneys of the District of Columbia; and it is

FURTHER ORDERED that Jayne Arnold Goldstein shall be required to abide by all rules governing the Courts of the District of Columbia; and that she shall notify the Court immediately of any matter affecting her standing at the bar of any other court.

_____
Hon. Richard W. Roberts