**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITY OF BOCA RATON GENERAL EMPLOYEES PENSION PLAN, on behalf of itself and all others similarly situated, (Address of Plaintiff: 350 Camino Gardens Blvd., Boca Raton, FL  33432),<br><br>            Plaintiff,<br><br>     v.<br><br>HARMAN INTERNATIONAL INDUSTRIES INCORPORATED, DR. SIDNEY HARMAN, KEVIN BROWN, and SANDRA B. ROBINSON, (Address of Defendants: 1101 Pennsylvania Avenue, N.W. Suite 1010, Washington, DC 20004),<br><br>            Defendants. | Case No. 1:07-cv-02175-RWR<br>Honorable Richard W. Roberts |

**AGREED MOTION TO EXTEND TIME TO ANSWER
OR OTHERWISE RESPOND TO COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b) and LCvR 7, and with plaintiff's agreement, defendants Harman International Industries, Incorporated ("Harman"), Dr. Sidney Harman ("Dr. Harman"), Kevin Brown ("Brown"), and Sandra B. Robinson ("Robinson") respectfully request that the Court enter an order in the form attached hereto extending the time within which defendants have to answer or otherwise respond to the Complaint.  In support of this Agreed Motion, defendants state as follows:

    1.    On November 30, 2007, plaintiff filed this action as a purported class action alleging claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, (15

U.S.C. §§ 78j(b) and 78t(a)), and Rule 10b-5 promulgated thereunder (17 C.F.R. § 240.10b-5). Plaintiff's Complaint is nearly identical to the Complaint filed on October 1, 2007 in the related action of *Kim v. Harman International Industries, Incorporated, et al.*, Case No. 1:07-cv-01757-RWR.

2. On December 13, 2007, plaintiff formally requested that defendants waive service of a summons and accept, through counsel, service of the Complaint. Defendants, while reserving all appropriate objections and defenses, agreed to accept service of plaintiff's Complaint on January 3, 2008.

3. As provided in Fed. R. Civ. P. 4(d)(3), the current deadline for defendants to file their answer or to otherwise respond to the Complaint is February 11, 2008.

4. On October 1, 2007, the plaintiff in the *Kim* case published notice to the proposed class of the pendency of that action and the right of any class member to file a motion for appointment as Lead Plaintiff. When multiple actions are brought on behalf of a class asserting substantially the same claims, only the plaintiff in the first-filed action must publish notice. 15 U.S.C. § 77z-1(a)(3)(A)(ii).

5. Pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), motions for Lead Plaintiff had to be filed within 60 days after the publication of notice—in other words, on or before November 30, 2007. 15 U.S.C. § 78u-4(a)(3)(A)(i)(II). Several such motions were filed on the *Kim* docket, including one by the plaintiff in this action, although that motion was later withdrawn. At present, no Lead Plaintiff has been appointed by the Court.

6. Counsel for defendants have conferred with plaintiff's counsel, and the parties are in agreement that the interests of judicial economy will best be served by allowing defendants to

wait to file a response to the Complaint (or any Amended Complaint) until after Lead Plaintiff has been appointed by the Court pursuant to the PSLRA.

7. Specifically, the parties have agreed as follows:

 a. Following the entry of an order approving Lead Plaintiff and approving Lead Plaintiff's selection of counsel, Lead Plaintiff shall have 60 days within which to file and serve an Amended Complaint, which shall be the operative Complaint for purposes of this litigation;

 b. Defendants shall have 60 days thereafter to respond to Lead Plaintiff's Amended Complaint;

 c. In the event defendants move to dismiss the Amended Complaint, Lead Plaintiff shall have 60 days thereafter within which to file and serve any opposition to defendants' motion to dismiss; and

 d. Defendants have 30 days thereafter within which to file and serve a reply in support of the motion to dismiss.

8. This is the very same schedule to which the parties in the *Kim* action agreed. The Court approved this schedule in the *Kim* case in an Order dated October 22, 2007.

WHEREFORE, defendants respectfully request that the Court grant this Agreed Motion and enter the order attached hereto extending the time for defendants to answer or otherwise respond to the Complaint or any Amended Complaint.

Respectfully submitted this 4th day of January, 2008.

     /s/ Thomas F. Cullen, Jr.
Thomas F. Cullen, Jr. (D.C. Bar No. 224733)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-3939
Fax:  (202) 626-1700
tcullen@jonesday.com

*Counsel for Defendants Harman International Industries, Incorporated., Dr. Sidney Harman, Kevin Brown, and Sandra B. Robinson*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITY OF BOCA RATON GENERAL EMPLOYEES PENSION PLAN, on behalf of itself and all others similarly situated, (Address of Plaintiff: 350 Camino Gardens Blvd., Boca Raton, FL 33432),<br><br>    Plaintiff,<br><br>    v.<br><br>HARMAN INTERNATIONAL INDUSTRIES INCORPORATED, DR. SIDNEY HARMAN, KEVIN BROWN, and SANDRA B. ROBINSON, (Address of Defendants: 1101 Pennsylvania Avenue, N.W. Suite 1010, Washington, DC 20004),<br><br>    Defendants. | Case No. 1:07-cv-02175-RWR<br>Honorable Richard W. Roberts |

**ORDER GRANTING AGREED MOTION TO EXTEND TIME
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

This matter having come before the Court on defendants' Agreed Motion to Extend Time to Answer or Otherwise Respond to Complaint, the Court having reviewed said motion, and good cause having been shown, it is this _____ day of January, 2008,

ORDERED that the defendants' Agreed Motion to Extend Time is hereby GRANTED and that:

1. Following the entry of an order approving Lead Plaintiff and approving Lead Plaintiff's selection of counsel, Lead Plaintiff shall have 60 days within which to file and serve an Amended Complaint, which shall be the operative Complaint for purposes of this litigation;

2

    2.      Defendants shall have 60 days thereafter to respond to Lead Plaintiff's Amended Complaint;

    3.      In the event defendants move to dismiss the Amended Complaint, Lead Plaintiff shall have 60 days thereafter within which to file and serve any opposition to defendants' motion to dismiss; and

    4.      Defendants have 30 days thereafter within which to file and serve a reply in support of the motion to dismiss.

_____
Richard W. Roberts
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

This is to certify that on this 4th day of January, 2008, I electronically filed the Agreed Motion to Extend Time to Answer or Otherwise Respond to Complaint using the CM/ECF system, which sent an electronic notice to the following parties:

> Timothy D. Battin, Esq.
> STRAUS & BOIES, LLP
> D.C. Bar No. 436303
> 4041 University Drive, Suite 500
> Fairfax, VA  22030
> Telephone: (703) 764-8700
> Fax:  (703) 764-8704
>
> Jane Arnold Goldstein
> MAGER & GOLDSTEIN LLP
> 1640 Town Center Circle, Suite 216
> Weston, FL 33326
> Telephone: (954) 515-0123
> Fax: (954) 515-0124
>
> *Counsel for Plaintiff City of Boca Raton General Employees Pension Plan*
>
> Steven J. Toll
> COHEN MILSTEIN HAUSFELD & TOLL, PLLC
> 1100 New York Avenue, NW
> West Tower, Suite 500
> Washington, DC 20005
> Telephone: (202) 408-4600
> Fax: (202) 408-4699
>
> *Counsel for Interested Party Arkansas Public Employees Retirement System*

  /s/ Thomas F. Cullen, Jr.
Thomas F. Cullen, Jr. (D.C. Bar No. 224733)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF BOCA RATON GENERAL EMPLOYEES PENSION PLAN, on behalf of itself and all others similarly situated, (Address of Plaintiff: 350 Camino Gardens Blvd., Boca Raton, FL 33432),<br><br>Plaintiff,<br><br>v.<br><br>HARMAN INTERNATIONAL INDUSTRIES INCORPORATED, DR. SIDNEY HARMAN, KEVIN BROWN, and SANDRA B. ROBINSON, (Address of Defendants: 1101 Pennsylvania Avenue, N.W. Suite 1010, Washington, DC 20004),<br><br>Defendants. | Case No. 1:07-cv-02175-RWR<br>Honorable Richard W. Roberts |

**ORDER GRANTING AGREED MOTION TO EXTEND TIME
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

This matter having come before the Court on defendants' Agreed Motion to Extend Time to Answer or Otherwise Respond to Complaint, the Court having reviewed said motion, and good cause having been shown, it is this _____ day of January, 2008,

ORDERED that the defendants' Agreed Motion to Extend Time is hereby GRANTED and that:

1. Following the entry of an order approving Lead Plaintiff and approving Lead Plaintiff's selection of counsel, Lead Plaintiff shall have 60 days within which to file and serve an Amended Complaint, which shall be the operative Complaint for purposes of this litigation;

2

2. Defendants shall have 60 days thereafter to respond to Lead Plaintiff's Amended Complaint;

3. In the event defendants move to dismiss the Amended Complaint, Lead Plaintiff shall have 60 days thereafter within which to file and serve any opposition to defendants' motion to dismiss; and

4. Defendants have 30 days thereafter within which to file and serve a reply in support of the motion to dismiss.

_____
Richard W. Roberts
UNITED STATES DISTRICT JUDGE