**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITY OF BOCA RATON GENERAL EMPLOYEES PENSION PLAN, on behalf of itself and all others similarly situated, (Address of Plaintiff: 350 Camino Gardens Blvd., Boca Raton, FL 33432), <br><br> Plaintiff, <br><br> v. <br><br> HARMAN INTERNATIONAL INDUSTRIES INCORPORATED, DR. SIDNEY HARMAN, KEVIN BROWN, and SANDRA B. ROBINSON, (Address of Defendants: 1101 Pennsylvania Avenue, N.W. Suite 1010, Washington, DC 20004), <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 1:07-cv-02175-RWR <br> Honorable Richard W. Roberts |

**Certificate Required by LCvR 7.1 of the Local Rules of the**
**United States District Court for the District of Columbia**

I, the undersigned, counsel of record for Harman International Industries, Incorporated ("Harman"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Harman which have any outstanding securities in the hands of the public.

Harman is a stock corporation organized under the laws of the State of Delaware with its principal place of business at 1101 Pennsylvania Avenue, NW, Suite 1010, Washington, D.C., 20004-2506. Harman has no parent, subsidiary or affiliate that has any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: January 4, 2008

Respectfully submitted,

/s/ Thomas F. Cullen, Jr.
Thomas F. Cullen, Jr. (D.C. Bar No. 224733)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Phone: 202-879-3939
Fax: 202-626-1700
tfcullen@jonesday.com

*Counsel of Record for Harman International Industries, Incorporated*

## CERTIFICATE OF SERVICE

This is to certify that on this 4th day of January, 2008, I electronically filed the Certificate Required by LCvR 7.1 using the CM/ECF system, which sent an electronic notice to the following parties:

Timothy D. Battin, Esq.
STRAUS & BOIES, LLP
D.C. Bar No. 436303
4041 University Drive, Suite 500
Fairfax, VA  22030
Telephone: (703) 764-8700
Fax:  (703) 764-8704

Jane Arnold Goldstein
MAGER & GOLDSTEIN LLP
1640 Town Center Circle, Suite 216
Weston, FL 33326
Telephone: (954) 515-0123
Fax: (954) 515-0124

*Counsel for Plaintiff City of Boca Raton General Employees Pension Plan*

Steven J. Toll
COHEN MILSTEIN HAUSFELD & TOLL, PLLC
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
Fax: (202) 408-4699

*Counsel for Interested Party Arkansas Public Employees Retirement System*

/s/ Thomas F. Cullen, Jr.
Thomas F. Cullen, Jr. (D.C. Bar No. 224733)